William Estabrook, Appellant, v. Newburgh Light, Heat and Power Company, Respondent, Impleaded with Orange County Traction Company, Defendant.— We think, under the authority of *McDonald* v. *Metropolitan St. R. Co.* (167 N. Y. 66), the case should have been submitted to

the jury. Judgment and order reversed and new trial granted, costs to abide the event. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The First National Bank of Ossining, N. Y., Respondent, v. The Ossining National Bank, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.